UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**L.M.P.,**

      **Plaintiff,**

v.                         **Case No: 6:13-cv-863-Orl-41GJK**

**NBCUNIVERSAL MEDIA, LLC,**

      **Defendant.**

                                    /

## ORDER

THIS CAUSE is before the Court on Plaintiffs' Renewed and Amended Unopposed Motion to Approve Settlement and Distribution of Funds. (Doc. 35). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 38) on September 25, 2014, to which parties filed a Joint Notice of No Objection (Doc. 39) on October 2, 2014.

After an independent *de novo* review of the record in this matter, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 38) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement and Dismissal of Action with Prejudice (Doc. 35) is **GRANTED**, and this case is **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 3, 2014.



Copies furnished to:

Counsel of Record